| | |
|---|---|
| **BERNS WEISS LLP**<br>Jeffrey K. Berns (SBN 131351)<br>jberns@bernsweiss.com<br>Lee A. Weiss (admitted *pro hac vice*)<br>lweiss@bernsweiss.com<br>20700 Ventura Boulevard, Suite 140<br>Woodland Hills, CA 91364<br>Tel.: (818) 961-2000<br>Fax: (818) 999-1500 | **SPIRO MOORE LLP**<br>J. Mark Moore (SBN 180473)<br>mark@spiromoore.com<br>11377 W. Olympic Blvd., Fifth Floor<br>Los Angeles, CA 90064-1683<br>Tel.: (310) 235-2468<br>Fax: (310) 235-2456 |
| **WILLIAMS CUKER BEREZOFSKY LLC**<br>Mark R. Cuker (admitted *pro hac vice*)<br>mcuker@wcblegal.com<br>1515 Market Street, Suite 1300<br>Philadelphia, PA 19102<br>Tel.: (215) 557-0099<br>Fax: (215) 557-0673 | **ARBOGAST BOWEN LLP**<br>David M. Arbogast (SBN 167571)<br>david@arbogastbowen.com<br>Chumahan B. Bowen (SBN 268136)<br>cbowen@arbogastbowen.com<br>11400 W. Olympic Blvd., 2nd Floor<br>Los Angeles, CA 90064<br>Tel.: (310) 477-7200<br>Fax: (310) 943-2309 |

*Attorneys for Plaintiffs*
*[Additional counsel listed in signature block]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY R. PEEL AND CHERYL G. PEEL, RUSS BEBOUT, MICHAEL SANFORD AND MARILYN SANFORD and DESIREE MCILRATH on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKSAMERICA MORTGAGE CORPORATION, a California Corporation; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., formerly sued as DOE 1; WAMU ASSET ACCEPTANCE CORP., formerly sued as DOE 2; RESIDENTIAL FUNDING COMPANY, LLC, formerly sued as DOE 3; and DOES 4 through 200 inclusive,<br><br>Defendants. | Case No. 8:11-cv-00079-JST (RNBx)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: July 13, 2012<br>Time: 2:30 p.m.<br>Place: Courtroom 10A<br>Judge: Hon. Josephine Staton Tucker<br><br>Complaint Filed: February 5, 2010<br>FAC Filed: October 20, 2010<br>Case Removed: January 14, 2011<br>Trial Date: None set |

STIPULATION

WHEREAS, on June 4, 2012, the Court issued its Order Granting Stipulation to Continue Deadline for Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification (Doc. # 118) and re-scheduled the hearing on the Motion for Class Certification to July 13, 2012 at 2:30 p.m.;

WHEREAS, certain of Plaintiffs' Counsel, who were preparing to argue the motion at the hearing, have pre-planned vacations scheduled for the week of July 9, 2012, and thus, are unavailable on the new hearing date;

WHEREAS, Plaintiffs' Counsel has requested, and Defendants' counsel has consented, that, subject to Court approval, that the hearing be continued;

WHEREAS, after conferring, Counsel for Plaintiffs and Counsel for Defendants Washington Mutual Mortgage Securities Corporation and WaMu Asset Acceptance Corporation (collectively "WaMu") and BrooksAmerica Mortgage Corporation ("BrooksAmerica") have determined that counsel for all parties are available for a motion hearing on September 7, 2012, which is not currently a closed hearing date;

WHEREAS, this requested continuance is not for the purposes of delay, but instead, due to the unavailability of counsel;

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL that, subject to the Court'

availability, the hearing on Plaintiffs' Motion for Class Certification shall be continued to September 7, 2012 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: June 12, 2012     **BERNS WEISS, LLP**

             By: /s/ *Jeffrey K. Berns*
             Jeffrey K. Berns
             20700 Ventura Boulevard, Suite 140
             Woodland Hills, CA 91364
             Tel.: (818) 961-2000
             Fax: (818) 999-1500

             – and –

             Lee A. Weiss (admitted *pro hac vice*)
             626 RXR Plaza
             Uniondale, New York 11556
             Tel.: (818) 961-2000
             Fax: (818) 999-1500

             **WILLIAMS CUKER BEREZOFSKY LLC**
             Mark R. Cuker (admitted *pro hac vice*)
             1515 Market Street, Suite 1300
             Philadelphia, PA 19103-1819
             Tel.: (215) 557-0099
             Fax: (215) 557-0673

             **SPIRO MOORE LLP**
             J. Mark Moore
             11377 W. Olympic Boulevard, Fifth Floor
             Los Angeles, California 90064-1683
             Tel.: (310) 235-2468
             Fax: (310) 235-2456


**ARBOGAST BOWEN LLP**
David M. Arbogast
Chumahan B. Bowen
11400 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
Tel.: (310) 477-7200
Fax: (310) 943-2309

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Steven M. Bronson (SBN 246751)
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel.: (510) 531-4529
Fax: (510) 531-4377

**ANDRUS ANDERSON LLP**
Jennie Lee Anderson (SBN 203586)
155 Montgomery St., Suite 900
San Francisco, CA 94104
Tel: (415) 986-1400
Fax: (415) 986-1474

**BLOOD HURST & O'REARDON LLP**
Timothy G. Blood (SBN 149343)
Tblood@bholaw.com
Thomas Joseph O'Reardon II (SBN 247952)
TOReardon@bholaw.com
600 B Street, Suite No. 1550
San Diego, CA 92101
Tel.: (619) 338-1100
Fax: (619) 338-1101

*Attorneys for Plaintiffs and the Proposed Classes*

| | | |
|---|---|---|
| 1 | Dated: June 12, 2012 | **BURKE, WARREN, MACKAY & SERRITELLA, P.C.** |
| 2 | | |
| 3 | | By: /s/ *Stephen R. Meinertzhagen* |
| 4 | | STEPHEN R. MEINERTZHAGEN (admitted *pro hac vice*) |
| 5 | | smeinertzhagen@burkelaw.com |
| 6 | | LEANN PEDERSEN POPE (admitted *pro hac vice*) |
| 7 | | lpope@burkelaw.com |
| 8 | | ANDREW D. LeMAR (admitted *pro hac vice*) |
| 9 | | alemar@burkelaw.com |
| 10 | | 330 North Wabash Avenue, 22nd Floor |
| 11 | | Chicago, Illinois 60611-3607 Telephone: 312-840-7000 |
| 12 | | |
| 13 | | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 14 | | NORMA V. GARCIA (SBN 223512) |
| 15 | | ngarciaguillen@sheppardmullin.com SHANNON Z. PETERSEN (SBN 211426) |
| 16 | | |
| 17 | | spetersen@sheppardmullin.com 650 Town Center Drive, 4th Floor |
| 18 | | Costa Mesa, California 92626-1993 Telephone: (714) 513-5100 |
| 19 | | Facsimile: (714) 513-5130 |
| 20 | | |
| 21 | | *Attorneys for Washington Mutual Mortgage Securities Corporation and* |
| 22 | | *WaMu Asset Acceptance Corporation* |
| 23 | Dated: June 12, 2012 | **LAW OFFICE OF MARK D. JOHNSON** |
| 24 | | |
| 25 | | By: /s/ *Mark D. Johnson* |
| 26 | | MARK D. JOHNSON |
| 27 | | mdjlaw@verizon.net |
| 28 | | |

4
Stipulation to Continue Hearing
Case No. 8:11-cv-00079-JST (RNBx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12232 E. Kings Canyon Rd.
Sanger, CA 93657-9401
Tel.: (559) 875-2800
Fax.: (559) 875-2803

*Attorneys for BrooksAmerica Mortgage Corporation*

# **PROOF OF SERVICE**
STATE OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action. My business address is 20700 Ventura Boulevard, Suite 140, Woodland Hills, CA 91364.

On June 12, 2012, I served the foregoing document described as

1. **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

2. **DECLARATION OF LEE A. WEISS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

3. **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

On the interested parties as follows:

| | |
|---|---|
| **MARK D. JOHNSON**<br>Mark D. Johnson<br>mdjlaw@verizon.net<br>12232 E. Kings Canyon Road<br>Sanger, CA 93657<br>Tel: (559) 875-2800; Fax: (559) 875-2803 | Attorneys for Defendant BrooksAmerica Mortgage Corporation |
| **BURKE, WARREN, MACKAY & SERRITELLA, P.C.**<br>LEANN PEDERSEN POPE<br>lpope@burkelaw.com<br>ANDREW D. LEMAR<br>alemar@burkelaw.com<br>STEPHEN R. MEINERTZHAGEN<br>smeinertzhagen@burkelaw.com<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, Illinois 60611<br>Tel.: (312) 840-7000; Fax: (312) 840-7900 | Attorneys for Defendants Washington Mutual Mortgage Securities Corporation and WaMu Asset Acceptance Corporation |

6
Stipulation to Continue Hearing
Case No. 8:11-cv-00079-JST (RNBx)

| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>NORMA V. GARCIA (SBN 223512)<br>ngarciaguillen@sheppardmullin.com<br>SHANNON Z. PETERSEN (SBN 211426)<br>spetersen@sheppardmullin.com<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, California 92626-1993<br>Telephone: (714) 513-5100<br>Facsimile: (714) 513-5130 | Attorneys for Defendants Washington Mutual Mortgage Securities Corporation and Wamu Asset Acceptance Corporation |

(X) **BY E-MAIL: I** hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on June 12, 2012, at Woodland Hills, California.

                                                /s/ Albert G. Lum
                                                Albert G. Lum