# DENIED
## BY ORDER OF THE COURT
```
JUDGE JOSEPHINE STATON TUCKER
       June 13, 2012
```

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY R. PEEL AND CHERYL G. PEEL, RUSS BEBOUT, MICHAEL SANFORD AND MARILYN SANFORD and DESIREE MCILRATH on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BROOKSAMERICA MORTGAGE CORPORATION, a California Corporation; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., formerly sued as DOE 1; WAMU ASSET ACCEPTANCE CORP., formerly sued as DOE 2; RESIDENTIAL FUNDING COMPANY, LLC, formerly sued as DOE 3; and DOES 4 through 200 inclusive,<br><br>Defendants. | Case No. 8:11-cv-00079-JST (RNBx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:         Hon. Josephine Staton Tucker<br><br>Complaint Filed: February 5, 2010<br>FAC Filed:       October 20, 2010<br>Case Removed:    January 14, 2011<br>Trial Date:      None set |

[Proposed] Order Granting Stipulation to Continue Hearing
Case No. 8:11-cv-00079-JST (RNBx)

1  Upon consideration of the parties' Stipulation to Continue Hearing on
2  Plaintiffs' Motion for Class Certification and the declaration filed therewith,
3
4  IT IS HEREBY ORDERED THAT the hearing on Plaintiffs' Motion for
5  Class Certification is continued to September 7, 2012 at 2:30 p.m.
6
7
8  IT IS SO ORDERED.
9
10
11  Date: _____    _____DENIED_____
12                                   HON. JOSEPHINE STATON TUCKER
                                     United States District Judge

1

[Proposed] Order Granting Stipulation to Continue Hearing
Case No. 8:11-cv-00079-JST (RNBx)