UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY R. PEEL AND CHERYL G. PEEL, RUSS BEBOUT, MICHAEL SANFORD AND MARILYN SANFORD and DESIREE MCILRATH on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKSAMERICA MORTGAGE CORPORATION, a California Corporation; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., formerly sued as DOE 1; WAMU ASSET ACCEPTANCE CORP., formerly sued as DOE 2; RESIDENTIAL FUNDING COMPANY, LLC, formerly sued as DOE 3; and DOES 4 through 200 inclusive,<br><br>Defendants. | Case No. 8:11-cv-00079-JST (RNBx)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Upon consideration of the unopposed *ex parte* application and supporting evidence submitted by Plaintiffs, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Class Certification is continued to **August 10, 2012, at 2:30 p.m.**

IT IS SO ORDERED.

Date: July 03, 2012

HON. JOSEPHINE STATON TUCKER
United States District Judge

Order Regarding Application to Continue Hearing for Class Certification Motion
Case No. 8:11-cv-00079-JST (RNBx)