JS-6

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| TIMOTHY R. PEEL AND CHERYL G. PEEL, RUSS BEBOUT, MICHAEL SANFORD AND MARILYN SANFORD and DESIREE MCILRATH on behalf of themselves and others similarly situated, | Case No. SACV 11-00079-JLS (RNBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | CLASS ACTION |
| BROOKSAMERICA MORTGAGE CORPORATION, a California Corporation; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., formerly sued as DOE 1; WAMU ASSET ACCEPTANCE CORP., formerly sued as DOE 2; RESIDENTIAL FUNDING COMPANY, LLC, formerly sued as DOE 3; and DOES 4 through 200 inclusive, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

The Court having granted final approval of the class action settlement between Class Representatives Timothy R. Peel and Cheryl G. Peel ("Class Representatives"), on behalf of themselves and a class of persons, and Defendants Washington Mutual Mortgage Securities Corp. ("WMMSC") and WaMu Asset Acceptance Corp. ("WAAC"),

IT IS HEREBY ORDERED and adjudged that:

1.      All claims of the Class Representatives and the Settlement Class, as defined in the Settlement Agreement and as certified in this Court's Order Preliminarily Approving Amended Class Action Settlement, Approving Class Notice Plan and Setting Final Approval Hearing dated November 13, 2014 ("Preliminary Approval Order"), against WMMSC and WAAC are DISMISSED WITH PREJUDICE;

2.      Notwithstanding the dismissal of claims in the preceding paragraph, the Court retains jurisdiction as to all matters relating to the interpretation, administration, implementation, effectuation and/or enforcement of the Amended Settlement Agreement, the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. 192) and Plaintiffs' Motion for Award of Attorneys' Fees and Costs, and Incentive Payments (Doc. 189), and/or this Judgment.

3.      All members of the Settlement Class, as defined in the Settlement Agreement and as certified in this Court's Preliminary Approval Order, (except those who are Successful Opt-Outs as identified in Exhibit B to the Declaration of Charles

1  E. Ferrara Regarding Notice and Settlement Administration (Doc. 200), and Gonzalo

2
3  and Guadalupe Parra, and Wilfredo A. Golez) are permanently enjoined and barred

4  from commencing or prosecuting any action asserting any matter within the scope of

5  the Release set forth in the Amended Settlement Agreement, either directly,

6
7  representatively, derivatively, or in any other capacity, whether by a complaint,

8  counterclaim, defense, or otherwise, in any local, state, or federal court, or in any

9  agency or other authority or forum wherever located.

10

11                                          **SO ORDERED:**

12

13

14  Dated: April 21, 2015        __                              _____

15                                          Honorable Josephine L. Staton
                                            UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28